## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

CASE NO. 16-CV-23232-JAL

JUAN CARLOS GIL,

    Plaintiff,

vs.

RON JON SURF SHOP OF FLA., INC.,

    Defendant.

_____/

## AMENDED JOINT NOTICE OF SETTLEMENT AND
## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Juan Carlos Gil ("Plaintiff") and Defendant, Ron Jon Surf Shop of Fla., Inc., ("Defendant") (Plaintiff and Defendant are collectively referred to as the "Parties"), having entered into a Confidential Settlement Agreement and Release ("Agreement") that resolves all claims that were or could have been brought in this action, hereby stipulate to the dismissal of this action with prejudice. Attorneys' fees and other recoverable costs and expenses, if any, shall be disbursed as specified by the Parties in their Agreement.

Jointly submitted this 11th day of October, 2016.

| | |
|---|---|
| **SCOTT R. DININ, P.A.** | **GRAYROBINSON, P.A.** |
| *Counsel for Plaintiff* | *Counsel for Defendant* |
| 4200 N.W. 7th Ave. | *Ron Jon Surf Shop of Fla., Inc.* |
| Miami, Florida 33127 | 333 S.E. 2nd Street, Suite 3200 |
| Phone: (786) 431-1333 | Miami, Florida 33131 |
| | Telephone: (305) 416-6880 |
| | Facsimile: (305) 416-6887 |
| By: _/s/ Scott R. Dinin_____ | By: _/s/ Anastasia Protopapadakis_ |
|    Scott R. Dinin, FBN 97780 |    Anastasia Protopapadakis, FBN 051426 |
|    inbox@dininlaw.com |    anastasia.protopapadakis@gray-robinson.com |